IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:03cv393-WHA |
| | ) | |
| ELMER JAMES, JR. | ) | |

**<u>ORDER</u>**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #19), filed on March 30, 2006, the Recommendation is adopted, and it is hereby

ORDERED that this 28 U.S.C. § 2255 motion is DENIED, as the claims therein entitle him to no relief.  Final Judgment will be entered accordingly.

DONE this 19th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE